SEPTEMBER 12, 1955

No. 59284.—SUIT 4708.—Geo. S. Bush & Co., Inc., et al. *v.* United States.— ■■■—C. D. 1332 affirmed May 25, 1955. C. A. D. 592.

BEFORE THE SECOND DIVISION, SEPTEMBER 22, 1955

No. 59285.—E. Miltenberg, Inc. *v.* United States, protest 243074–K (B) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of dental instruments, the claim of the plaintiff was sustained.

No. 59286.—Ascot, Ltd., et al. *v.* United States, protests 243981–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

No. 59287.—Brasco Manufacturing Co. *v.* United States, protests 191796–K and 198550–K (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hot-rolled steel strips similar in all material respects to those involved in Abstract 58580, the claim of the plaintiff was sustained.

No. 59288.—Zado Goldenberg & Co. *v.* United States, protests 171803–K, etc. (San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59289.**—Durlacher & Co., Inc. *v.* United States, protests 188749–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59290.**—Zado Goldenberg & Co. *v.* United States, protests 191000–K, etc. San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59291.**—Durlacher & Co., Inc. *v.* United States, protests 216058–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59292.**—Herzman Scarfs, Inc., et al. *v.* United States, protests 256591–K, etc. (New York).